| | |
|---|---|
| **ROANNE L. MANN** | **DATE:** June 14, 2022 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 11:31 a.m. |
| | **END:** 11:45 a.m. |

**DOCKET NO:** 21-cv-5536-ARR-RLM

**CASE**  Torres v. Gotham Drywall Inc. et al

☐ INITIAL CONFERENCE  X OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE  ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE  X TELEPHONE CONFERENCE
☐ MOTION HEARING  ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**  **ATTORNEY**
Matthew John Farnworth

**DEFENDANTS**  **ATTORNEY**
Constantine Tryfon Tzifas

☐ FACT DISCOVERY TO BE COMPLETED BY _____
☐ SETTLEMENT CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY:_____ DEF. TO SERVE PL. BY:_____

**RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing.  After reviewing the parties' initial *Cheeks* submissions (DE #15), the Court identified several issues therein, as set forth in its 6/10/22 Order.  As discussed, the parties subsequently addressed most of the Court's concerns in their 6/13/22 Letter (DE #16).  The parties agreed on the record that Sections 13 and 14 do not create a restriction or release with respect to any non-wage-and-hour claims, thereby addressing the Court's remaining concerns.  Based on these discussions and the Court's review of the *Cheeks* submissions and the docket as a whole, the Court concludes that the settlement is fair and reasonable and was reached following arms-length negotiations between the parties, with the assistance of a mediator.  Thus, this Court recommends that the District Court approve the settlement agreement, as modified on the record, and clarified by DE #16.  The parties consented, on the record, to waive any objections to this Court's Report and Recommendation to the District Court.  The Stipulation of Discontinuance is due June 16, 2022.