UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR TORRES, on behalf of himself and all other persons similarly situated,<br>Plaintiff<br><br>— against —<br><br>GOTHAM DRYWALL INC. and JOHN FITZPATRICK,<br>Defendants. | 21-CV-5536 (ARR) (RLM)<br><br>**Opinion & Order**<br><br>Not for electronic or print publication |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated June 14, 2022, from the Honorable Roanne L. Mann, United States Magistrate Judge. The parties consented, on the record, to waive any objections. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, I approve the settlement agreement, as modified on the record and clarified by parties' June 13, 2022, joint letter. *See* Docket Entry, ECF No. 16.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated: June 15, 2022
Brooklyn, New York